**268**

Kenneth McKNIGHT, Appellant,

v.

BRUCE MOTOR FREIGHT, Inc.,
a Corporation.

No. 15288.

United States Court of Appeals
Eighth Circuit.

May 13, 1955.

R. E. Killmar and W. Reynoldson, Osceola, Iowa, for appellant.

Frank W. Davis and Ray H. Johnson, Jr., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

---

Edgar E. MOHWINKEL, Appellant,

v.

NORTHWEST HYDROGAS COMPANY,
a Corporation.

No. 15321.

United States Court of Appeals
Eighth Circuit.

May 18, 1955.

John P. Ryan, St. Paul, Minn., for appellant.

Meagher, Geer, Markham & Anderson, Minneapolis, Minn., and Spence & Green, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellant.

---

Robert William LOSIEAU, Appellant,

v.

UNITED STATES of America.

No. 15170.

United States Court of Appeals
Eighth Circuit.

May 28, 1955.

Robert William Losieau, pro se.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, etc., on motion of appellee.

---

Truman McDOWELL, Jr., Appellant,

v.

UNITED STATES of America.

No. 15291.

United States Court of Appeals
Eighth Circuit.

May 28, 1955.

Truman McDowell, Jr., pro se.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, etc., on motion of appellee.